UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cr-31 |
| | ) | Judge Edgar / Carter |
| MAURICE ALEXANDER JOHNSON | ) | |

## ORDER

Defendant Johnson moves to suppress evidence. The motion [Doc. No. 23] was referred to Magistrate Judge William B. Mitchell Carter for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Magistrate Judge Carter held an evidentiary hearing and has submitted his report and recommendation. [Doc. No. 36]. It is recommended that the defendant's motion to suppress be denied. Defendant objects to the report and recommendation.

After reviewing the record *de novo* and the applicable law, the Court concludes that the defendant's objections [Doc. No. 37] are not well taken and the objections are **DENIED**. The Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1). For the reasons expressed in the report and recommendation, and also for the reasons expressed by the government in its response in opposition [Doc. No. 27], the defendant's motion to suppress evidence [Doc. No. 23] is **DENIED**. A new case management order will be entered separately to reschedule this case for trial.

SO ORDERED.

ENTER this the 27th day of July, 2007.

	*/s/ R. Allan Edgar*
	R. ALLAN EDGAR
	UNITED STATES DISTRICT JUDGE